

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2022

No. 04-21-00420-CV

Juliann **CASTRO**,
Appellant

v.

**SCHLUMBERGER TECHNOLOGY CORPORATION** and Christopher Jones,
Appellees

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-03-25646-CV
The Honorable Daniel J. Kindred, Judge Presiding

# O R D E R

After this court granted Appellant's first motion for extension of time to file the brief, we set Appellant's brief due on April 25, 2022. After the once-extended due date, Appellant filed a second motion for an extension of time to file the brief.

Appellant's motion is GRANTED. Appellant's brief is due on May 13, 2022. *See* Tex. R. App. P. 38.6(d).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2022.

MICHAEL A. CRUZ, Clerk of Court